# THE MARKS LAW FIRM, P.C.

November 12, 2015

<u>Sent via ECF</u>
Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007
Chambers Phone: (212) 805-0294
Chambers Fax: (212) 805-7943

      RE: <u>GRACIELA DONCOUSE ("Plaintiff") v. KATI JUNCTION INC., A DOMESTIC BUSINESS CORPORATION, AND JANE UPTON AS TRUSTEE OF MORWIN SCHMOOKLER IRREVOCABLE TRUST ("Defendants")</u>
         Case #1:15-cv-07883
         **Notice of Dismissal**

Dear Judge Ramos,

    The undersigned counsel represents Plaintiff, Graciela Doncouse, in the above referenced matter. This letter notice is being filed pursuant to Federal Rule 41(a)(1)(A)(i) Dismissal of Actions.

    Our client respectfully dismisses the above captioned matter, without court order, because the opposing parties have not appeared in this action, nor has the opposing parties served an answer or motion for summary judgment to date.

    If you have any questions/concerns, please feel free to contact the undersigned.

`                                        Respectfully submitted

                                 The Marks Law Firm, P.C.

                          By:_____
                                Bradly G. Marks, Esq
                                Attorney for Plaintiff

175 Varick Street, 3rd FL, New York, New York 10014
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawfirm.net
www.markslawfirm.net